IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDNA HORTON, by and through her Next Friend, LUCILLE SMITH<br><br>Plaintiff,<br><br>GGNSC TIFTON LLC and<br>GGNSC EQUITY HOLDINGS LLC<br><br>Defendants. | Civil Action File No. 7:11-CV-5<br><br>*[From Superior Court of Tift County Civil Action File No.: 2010CV949]* |

## PETITION FOR REMOVAL

COMES NOW, Petitioners/Defendants GGNSC TIFTON LLC and GGNSC EQUITY HOLDINGS LLC, hereinafter known as "Defendants" in the above-styled action, and show this Court the following:

1.

Plaintiff Edna Horton, by and through her next friend Lucille Smith, filed a Complaint against Petitioners/Defendants in the Superior Court of Tift County, State of Georgia, denominated as Civil Action No. **2010CV949** and styled *Edna Horton, by and through her next friend Lucille Smith v. GGNSC Tifton LLC and GGNSC Equity Holdings LLC*. A true and correct copy of all pleadings and orders served upon Defendants in said civil action are attached hereto as Exhibit "A".

2.

Plaintiff is a resident of Georgia.

3.

Petitioners/Defendants are citizens of a state other than Georgia. Specifically, Defendants are incorporated in the State of Delaware with their principal place of business in Arkansas. Defendants' Principle Office address is 1000 Fiana Way, Fort Smith, Arkansas 72919.

4.

The matter in controversy is one in which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 as it involves citizen parties of different states and as the amount in controversy is believed to exceed the sum or value of $75,000, exclusive of interest and costs. In the Complaint, Plaintiff contends that as the direct and proximate result of alleged negligence of the defendants she has "sustained severe injuries of the mind and body, pain and suffering, and the necessary cost of medical care. (Complaint ¶ 27, 33, 39). In addition, Plaintiff alleges in the Complaint that Defendants' actions "rise to the level of displaying willful, wanton and reckless disregard and evidence an entire want of care, which would raise the presumption of conscious indifference to the consequences" which entitles Plaintiff to an award of punitive damages. (¶ 42-43). Therefore, pursuant

to 28 U.S.C. §1332 and 28 U.S.C. §1441(a), this matter may be removed to this Court.

5.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

6.

This petition is filed within 30 days after within thirty days after receipt by the Defendant of the initial pleading Accordingly, this civil action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. § 1446.

WHEREFORE, Defendants pray that this petition be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Middle District of Georgia, Valdosta Division, that no further proceedings be held in the case originally filed in the Superior Court of Tift County, State of Georgia, and that Petitioners/Defendants have such other and further relief as this Court deems just and proper in the circumstances.

This 12th day of January, 2011.

                        Respectfully submitted,

                        HAWKINS, PARNELL, THACKSTON & YOUNG, LLP

[signature on following page]

          **s/David Marshall**
          David Marshall
          State Bar No. 471512
          Debra Levorse
          State Bar No. 242229
          Marcus W. Wisehart
          State Bar No. 771355
          Attorneys for Defendants

303 Peachtree Street, NE
4000 SunTrust Plaza
Atlanta, Georgia 30308
Phone:     (404) 614-7400
Facsimile:  (404) 614-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDNA HORTON, by and through her Next Friend, LUCILLE SMITH<br><br>Plaintiff,<br><br><br><br><br>GGNSC TIFTON LLC and .<br>GGNSC EQUITY HOLDINGS LLC<br><br>Defendants. | )<br>)<br>)  Civil Action File No.<br>)<br>)<br>)  *[From Superior Court of*<br>)  *Tift County Civil*<br>)  *Action File No.:*<br>)  *2010CV949]*<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the **PETITION FOR REMOVAL** upon all counsel of record electronically by CM/ECF and/or by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Eric K. Milles
GARVIN & MILLES
1582 Village Square Boulevard
Tallahassee, FL 32309

This 12th day of January, 2011.

[signature on following page]

Respectfully submitted,

**s/David Marshall**
David Marshall
State Bar No. 471512
Debra Levorse
State Bar No. 242229
Marcus W. Wisehart
State Bar No. 771355
Attorneys for Defendants

303 Peachtree Street, NE
4000 SunTrust Plaza
Atlanta, Georgia 30308
Phone:      (404) 614-7400
Facsimile:  (404) 614-7500