**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| DARROW LYNN KELLEY, as the Temporary Administrator of the Estate of EDNA HORTON, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GGNSC TIFTON LLC and )<br>GGNSC EQUITY HOLDINGS LLC )<br>)<br>Defendants ) | CIVIL ACTION FILE NO.<br>7:11-cv-00005-HL |

**NOTICE OF CONFIDENTIAL SETTLEMENT AND UNOPPOSED MOTION TO ALLOCATE SETTLEMENT PROCEEDS**

**COMES NOW,** Plaintiff hereby gives Notice of Confidential Settlement and moves this Honorable Court to approve an Allocation of Settlement Proceeds.

In support of said Motion, Plaintiff states the following:

1. The parties in this case have agreed to a confidential settlement to resolve the case.

The parties are in the process finalizing the settlement with formal settlement documents.

2. Darrow Lynn Kelley who was temporary administrator of the Estate of Edna Horton has been replaced by Lucille Smith, the permanent

administrator of the Estate of Edna Horton, as of June 8, 2012 with full authority consummate a settlement. See Exhibit "A."

3. In light of the foregoing, there is no need for the Court to further consider or rule on Defendant's Motion for Partial Summary Judgment that is currently pending before the court.

4. The instant lawsuit sought damages for EDNA HORTON's emotional distress and pain and suffering as well as medical expenses related to EDNA HORTON's claims of negligence.

5. Liability in this case has been vigorously contested, and Defendants deny any wrongdoing whatsoever.

6. Defendants further deny that any alleged breaches in the standard of care caused any harm or medical expenses whatsoever to EDNA HORTON, or on EDNA HORTON's behalf.

7. Plaintiff's primary arguments of damages in the instant case were focused on Plaintiff's pain and suffering claims and for the medical damages related to EDNA HORTON's hospitalization at Tift Regional Medical Center from January 21, 2010 to January 29, 2010. See Exhibit "A", billing records from Tift Regional Medical Center.

8. Defendant has presented expert testimony that EDNA HORTON's injuries were unavoidable and due to the natural consequences

of the aging process and from non-negligence related medical conditions that EDNA HORTON had, including a massive Cerebral Vascular Accident.

9. Plaintiff and Defendant are in agreement to an allocation of the net settlement proceeds whereby EDNA HORTON's medical damages attributable to this case are designated as any medical expenses attributable to EDNA HORTON's hospitalization at Tift Regional Medical Center from January 21, 2010 to January 29, 2010, and that the balance of the net settlement proceeds are allocated to resolve EDNA HORTON's pain and suffering claims.

10. Defendant does not object to this Motion.

**WHEREFORE,** Plaintiff and Defendants pray that this Honorable court approve said allocation.  Furthermore, premises considered, the Plaintiff moves this Honorable Court to order the net settlement proceeds after payment of attorney's fees and costs to be allocated whereby EDNA HORTON's negligence related medical damages are designated as any medical expenses attributable to her hospitalization at Tift Regional Medical Center from January 21, 2010 to January 29, 2010, and that the balance of the net settlement proceeds are allocated to resolve EDNA HORTON's pain and suffering claims.

Respectfully submitted, this 25th day of June 2012.

                GARVIN & MILLES

                *s/Eric K. Milles*_____
                Eric K. Milles, Esq.
                GA Bar # 508982
                GARVIN & MILLES
                1672 Metropolitan Circle
                Tallahassee, FL  32308
                (85*0*) 422-3400 (telephone)
                (850) 906-9878 (facsimile)
                emilles@garvinlawfirm.com

                ***ATTORNEY FOR PLAINTIFF***

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| DARROW LYNN KELLEY, as the Temporary Administrator of the Estate of EDNA HORTON, ) ) ) ) Plaintiff, ) ) v. ) ) GGNSC TIFTON LLC and ) GGNSC EQUITY HOLDINGS LLC ) ) Defendants ) | CIVIL ACTION FILE NO. 7:11-cv-00005-HL |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2012, I electronically filed Notice Of Confidential Settlement And Unopposed Motion To Allocate Settlement Proceeds, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

David Marshall, Esq.
Debra Levorse, Esq.
Marcus Wisehart, Esq.

I HEREBY FURTHER CERTIFY that a copy has been mailed to the following via U.S. Mail and via facsimile to the following:

MSRPC<br>
P.O. Box 138832<br>
Oklahoma City, OK 73113<br>
Fax:  (405) 869 3309

        GARVIN & MILLES

        *s/Eric K. Milles*
        Eric K. Milles, Esq.
        GA Bar # 508982

        *ATTORNEY FOR PLAINTIFF*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DARROW LYNN KELLEY, as the Temporary Administrator of the Estate of EDNA HORTON, <br><br> Plaintiff, <br><br> v. <br><br> GGNSC TIFTON LLC and GGNSC EQUITY HOLDINGS LLC <br><br> Defendants | CIVIL ACTION FILE NO. 7:11-cv-00005-HL |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO ALLOCATE SETTLEMENT PROCEEDS

The Court having considered Plaintiff's Unopposed Motion to Allocate Settlement Proceeds and for good cause shown hereby grants Plaintiff's Unopposed Motion to Allocate Settlement Proceeds.

WHEREFORE, the Court orders that the net settlement proceeds after payment of attorney's fees and costs be allocated whereby EDNA HORTON's negligence related medical damages are designated as any medical expenses attributable to her hospitalization at Tift Regional Medical Center from January 21, 2010 to January 29, 2010, and that the balance of

the net settlement proceeds are allocated to resolve EDNA HORTON's pain and suffering claims.

  Dated this _____ day of _____ 2012.


                _____
                HUGH LAWSON,
                SENIOR U.S. DISTRICT JUDGE